### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **VIZIONWORKS, LLC, a limited liability corporation,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **CIVIL ACTION NO. 07-270-CG-B** ) |
| **DOYCE W. ELLENBURG, an individual; SHIRLEY F. ELLENBURG, an individual; SUMMIT REALTY SOUTHEAST, LLC, a corporation,** | ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER

This court having been informed that a Settlement Agreement has been reached in this matter and having been requested to direct the clerk of the court to disburse the funds on deposit;

It is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1. The clerk is directed to disburse the funds in accordance with the agreement of the parties as follows:

    (a) to the Defendants, Doyce W. Ellenburg and Shirley F. Ellenburg, the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00);

    (b) to Vizionworks, LLC, the sum of One Hundred Twenty-Five Thousand and no/100 Dollars ($125,000.00) plus accrued interest, if any.

2. The clerk shall tax all costs as paid.

   3. Subject to the disbursement of funds in accordance with this Order, this case is hereby dismissed with prejudice.

   **DONE and ORDERED** this 20th day of August, 2007.

              /s/ Callie V. S. Granade
              CHIEF UNITED STATES DISTRICT JUDGE